UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 25 AM 9:56

08 MJ 0917

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Sergio AVINA-Ramirez | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about, **February 21, 2008**, within the Southern District of California, defendant, **Sergio AVINA-Ramirez (AKA: Mauro AVINA-Ramirez; RAMIREZ, Carlos Hernandez)** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **March 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On February 21, 2007, Defendant **Sergio AVINA-Ramirez** was arrested in National City, California by National City Police Department for violation of California Vehicle Code, (VC10851-TAKE VEHICLE WITHOUT OWNER'S CONSENT-FELONY) and was booked into county jail. While in the custody of county jail, an Immigration Enforcement Agent with Immigration and Customs Enforcement (ICE) determined the defendant to be a citizen and national of Mexico. An Immigration Detainer (I-247) was placed pending his release from the California Department of Corrections custody.

On March 24, 2008, at approximately 8:30a.m., the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE) and transported to the San Diego Field Office for further investigation. An Immigration Enforcement Agent reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen and national of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks revealed that the defendant was most recently ordered removed by an Immigration Judge on or about March 13, 2006 and removed to Mexico on March 13, 2006, via the Nogales Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Sergio AVINA-Ramirez**, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

Based upon the forgoing information, there is probable cause to believe that **Sergio AVINA-Ramirez** has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien found in the United States.

_____  
Deportation Officer  
Immigration & Customs Enforcement

_____  
UNITED STATES MAGISTRATE JUDGE